FILED

2022 MAR 24 AM 8:54

CD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 22MAG2478  22MJ01186 |
| v. | |
| ETHAN NGUYEN | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: CRIMINAL COMPLAINT
in the SOUTHERN District of NEW YORK on MARCH 15, 2022
at 1:54 PST ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about JANUARY 9, 2022
in violation of Title 18 U.S.C., Section(s) 1349 and 1956(h)
to wit: Conspiracy to Commit Wire Fraud; and Conspiracy to Commit Money Laundering

A warrant for defendant's arrest was issued by: Hon. Robert W. Lehrburger USMJ

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/24/22
                 Date

S/
Signature of Agent

Simon Lai
Print Name of Agent

INTERNAL REVENUE SERVICE - CRIMINAL INV
Agency

SPECIAL AGENT
Title

---

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT