| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty. | FILED |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty. | 22MJ01186 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty. | 2022 MAR 24 AM 8:54 |



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 22 mag 2478 |
| ETHAN NGUYEN | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on MARCH 24, 2022 at _____ ☒ AM ☐ PM

   or

   The defendant was arrested in the N/A District of N/A on N/A at N/A ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. §§ 1349, and 1956(h)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 2001

8. Defendant has retained counsel: ☒ No

   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: Simon Lai (please print)

12. Office Phone Number: 626-429-2696   13. Agency: IRS - Criminal Investigation

14. Signature: SL   15. Date: 3/23/22

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION